396 A.2d 819

Commonwealth v. Brodie, Appellant.

Argued October 25, 1978. Robert G. Kochems, Assistant Public Defender, for appellant; David B. Douds, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and WATKINS, JJ.

Order affirmed.

396 A.2d 819

Commonwealth v. Brown, Appellant.

Argued October 26, 1978. Gary Lee Costlow, Assistant Public Defender, for appellant; D. Gerard Long, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

Judgment of sentence affirmed.